JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN _ 1 2010
SDM

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALACER CORP., a California corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>FORTRESS SYSTEMS LLC, a Nebraska Limited Liability Company d/b/a FSI NUTRITION,<br><br>       Defendant.<br><br>_____<br><br>AND RELATED COUNTERCLAIM. | CASE NO. SACV09-01423 DOC (RNBx)<br><br>[PROPOSED] DISMISSAL OF COMPLAINT AND COUNTERCLAIM |

THIS DISMISSAL IS MADE PURSUANT TO THE PARTIES STIPULATION FOR DISMISSAL. The Court, having considered the stipulation of the parties Plaintiff ALACER CORP. and Defendant FORTRESS SYSTEMS, INC. d/b/a FSI NUTRITION, through their respective attorneys of record, hereby enters, pursuant to Federal Rule of Civil Procedure 41(a)(1) a dismissal without prejudice

1   of the entire Complaint filed by Plaintiff, and the entire Counterclaim filed by
2   Defendant, subject to the terms of the parties' confidential Settlement Agreement.
3   Each side will bear its own costs, including attorney fees associated with the
4   Complaint and Counterclaim.

5

6

7   Dated: _May 28_ , 2010   _____

8   United States District Judge
9   DAVID O. CARTER